# SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROMEO COSCIA<br><br>v.<br><br>SALVATORE CAPONE | CIVIL ACTION NO. 02-3655<br><br>TO: (NAME AND ADDRESS OF DEFENDANT)<br><br>SALVATORE CAPONE<br>38 Laura Lane<br>Pittsgrove, NJ 08318 |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

JOSEPH M. ARMSTRONG, ESQ.
TWO COMMERCE SQUARE
2001 MARKET STREET, SUITE 3410
PHILA., PA 19103

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: JUNE 7, 2002 |
| (By) Deputy Clerk<br><br>*[signature]*<br>CRYSTAL WARDLAW | |

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | June 11th 2002 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Michael H Doyle | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 38 Laura Lane, Pittsgrove NJ 08318

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 11th 2002
         Date                    Signature of Server

Address of Server: 1429 Chestnut St, Ste 711, Phila PA 19102

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.