ROMEO COSCIA                                :
1464 Hark-Away Road                         :
Chester Springs, PA  19425                  :
                                            :
                        Plaintiff,          :
                                            :        CIVIL ACTION
            v.                              :
                                            :        NO. 02-3655
SALVATORE CAPONE                            :
38 Laura Lane                               :
Pittsgrove, NJ  08318                       :
                        Defendant.          :
                                            :

## AMENDED COMPLAINT PURSUANT FED.R.CIV.P. 15(a)

Parties

    1.    Plaintiff is Romeo Coscia, an adult individual residing at 1464 Hark-Away Road, Chester Springs, Pennsylvania 19425.

    2.    Defendant is Salvatore Capone, an adult individual residing at 38 Laura Lane, Pittsgrove, New Jersey 08318.

Jurisdiction and Venue

    3.    Jurisdiction is based on 28 U.S.C.A. § 1332 in that Plaintiff and Defendant are citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

    4.    A substantial part of the events or omissions giving rise to the claim occurred in the United States District Court for the Eastern District of Pennsylvania.



Claim For Money Lent

5.    Defendant owes Plaintiff $140,000.00 for money lent during February 1999.

6.    One hundred twenty thousand dollars of the $140,000 lent was delivered to

Defendant in Chester Springs, Pennsylvania.

Wherefore, Plaintiff Romeo Coscia respectfully requests that this Court enter judgment

against Defendant Salvatore Capone in the amount of $140,000 plus interest at the rate of 6%

plus costs and such further relief as this Court deems proper.

Respectfully submitted,

EIZEN FINEBURG & McCARTHY, P.C.

Date:  June 12, 2002                  By: _____

                                           GARY J. McCARTHY, ESQUIRE
                                           JOHN N. SALLA, ESQUIRE
                                           JOSEPH M. ARMSTRONG, ESQUIRE
                                           Attorneys for Plaintiff, Romeo Coscia

                                           Two Commerce Square
                                           2001 Market Street, Suite 3410
                                           Philadelphia, PA 19103
                                           Tel: (215) 751-9666  Fax: (215) 751-9310

2

ROMEO COSCIA
1464 Hark-Away Road
Chester Springs, PA  19425

                Plaintiff,

          v.

SALVATORE CAPONE
38 Laura Lane
Pittsgrove, NJ  08318

                Defendant.

CIVIL ACTION

NO. 02-3655

## CERTIFICATE OF SERVICE

I, Joseph M. Armstrong, Esquire, hereby certify that on the date set forth below, I served

on Salvatore Capone via First Class Mail a true and correct copy of the foregoing Amended

Complaint Pursuant to Fed.R.Civ.P. 15(a).

Date:  June 12, 2002

                        JOSEPH M. ARMSTRONG, ESQUIRE