```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ROMEO COSCIA                    :
                                :
        v.                      :   CIVIL ACTION NO. 02-3655
                                :
SALVATORE CAPONE                :
```

PRAECIPE TO ENTER APPEARANCE

TO THE CLERK:

Enter my appearance for Defendant, Salvatore Capone.

VANGROSSI AND RECCHUITI

By:_____
Francis Recchuiti, Esquire
Attorney I. D. No. 09284
319 Swede Street
Norristown PA  19401-4801
(610) 279-4200

Attorney for Salvatore Capone

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a copy of Entry of Appearance upon Joseph M. Armstrong, Esquire, attorney for the plaintiff, Romeo Coscia, by first class mail, postage prepaid, as follows:

>Joseph M. Armstrong, Esquire (215) 751-9666
>Eizen Fineburg & McCarthy, P.C.
>Two Commerce Square
>2001 Market Street, Suite 3410
>Philadelphia PA  19103
>(Attorney for Plaintiff, Romeo Coscia)

_____
Francis Recchuiti, Esquire

Date:  June 28, 2002