IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROMEO COSCIA                   :
                               :
     v.                        :   CIVIL ACTION NO. 02-3655
                               :
SALVATORE CAPONE               :

DEFENDANT'S JURY TRIAL DEMAND

Defendant, Salvatore Capone, hereby demands a jury trial of all issues.

VANGROSSI AND RECCHUITI

By:_____
Francis Recchuiti, Esquire
Attorney I. D. No. 09284
319 Swede Street
Norristown PA  19401-4801
(610) 279-4200
Attorney for Salvatore Capone

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving a copy of Defendant's Jury Trial Demand upon Joseph M. Armstrong, Esquire, attorney for the plaintiff, Romeo Coscia, by first class mail, postage prepaid, as follows:

>Joseph M. Armstrong, Esquire (215) 751-9666
>Eizen Fineburg & McCarthy, P.C.
>Two Commerce Square
>2001 Market Street, Suite 3410
>Philadelphia PA  19103
>(Attorney for Plaintiff, Romeo Coscia)

_____
Francis Recchuiti, Esquire

Date:  August 2, 2002