IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ROMEO COSCIA                    :       Civil Action
                                :
        v.                      :
                                :       No. 02-3655
SALVATORE CAPONE                :
```

**ORDER**

    The above captioned action has been deemed to be eligible for arbitration, and as such shall proceed to disposition pursuant to Local Rule of Civil Procedure 53.2 of the United States District Court for the Eastern District of Pennsylvania.

    The Clerk of Court is directed to schedule the Arbitration Hearing in this matter within ninety days of the date of this Order.  Any Third Parties added to this case will be given thirty days to complete discovery.

    Counsel are advised that, should any party demand a trial de novo after the filing of an arbitration award, this case will be placed on the Court's active trial list immediately upon the filing of said demand.

BY THE COURT:

_____
JOHN R. PADOVA,                J.

Date: August 8, 2002