IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROMEO COSCIA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-3655 |
| | : | |
| SALVATORE CAPONE | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on October 9, 2002. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

                                                  Michael E. Kunz
                                                  Clerk of Court

                                                  By:_____
                                                  Crystal Wardlaw
                                                  Deputy Clerk
                                                  Phone:267-299-7073

Date: September 4, 2002

Copies:     Andrea Mack, Courtroom Deputy to Judge John R. Padova
                Docket Clerk - Case File

           Counsel:        Joseph M. Armstrong, Esq.
                               Francis Recchuiti, Esq.

ARB2.FRM