IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ROMEO COSCIA : | CIVIL ACTION |
| v. : |  |
| : | No. 02-3655 |
| SALVATORE CAPONE : |  |
| : |  |

### NOTICE OF ARBITRATION HEARING

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on November 14, 2002.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                  Michael E. Kunz
                                                  Clerk of Court

*Continued from October 9, 2002 per Judge

By:_____
Crystal Wardlaw
Deputy Clerk
Phone: 267-299-7073

Date: October 10, 2002

Copies:    Andrea Mack, Courtroom Deputy to Judge John R. Padova
             Docket Clerk - Case File

           Counsel:        Joseph M. Armstrong, Esq.
                           Francis Recchuiti, Esq.

ARB2.FRM