IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROMEO COSCIA | : | CIVIL ACTION |
| v. | : | |
| SALVATORE CAPONE | : | NO. 02-CV-3655 |

**O R D E R**

**AND NOW,** this 7th day of November, 2002, upon consideration of Plaintiff's Motion to Continue Arbitration Hearing and all responses thereto, **IT IS HEREBY ORDERED** that Plaintiff's motion is **DENIED.**[1]

BY THE COURT:

_____
John R. Padova, J.

---

[1] The Court may revisit any issues surrounding the propriety of Plaintiff's discovery requests after the conclusion of the arbitration proceeding.