IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROMEO COSCIA | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-3655 |
| SALVATORE CAPONE | : | |

**ORDER SUBSTITUTING AN ARBITRATOR**

AND NOW, this       day of           ,       , it is hereby

ORDERED that Milton King, Esq. is replaced as an arbitrator on November 14, 2002, 9:30 a.m.  It is hereby

FURTHER ORDERED that Joseph Lynch, Esq. is appointed to serve as arbitrator in the above-captioned civil action at the time and date previously set forth.

BY THE COURT:

_____
JOHN R. PADOVA, J.

ARB8 (12/82)