IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROMEO COSCIA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SALVATORE CAPONE | : | NO. 02-3655 |

**O R D E R**

**AND NOW**, this 2nd day of January, 2003, upon consideration of Plaintiff's Motion for Extension of Discovery (Docket # 21) and all responses thereto, **IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED**. The deadline for completion of discovery will be extended until May 30, 2003 solely for the purpose of allowing Plaintiff to obtain copies of bank records which Plaintiff has sought to acquire through a petition to the Court of Avellino, Italy.[1]

**IT IS FURTHER ORDERED** that:

1. A Final Pretrial Conference is scheduled for May 20, 2003 at 9:30 a.m. in Chambers; and

2. Trial shall commence on June 16, 2003 at 10:00 a.m. in Courtroom 6A.

BY THE COURT:

_____
John R. Padova, J.

---

[1] Plaintiff is to move expeditiously in obtaining these records, and is to notify the Court and opposing counsel immediately upon receipt of these documents.