IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROMEO COSCIA                           :
                                       :
         vs.                           :      CIVIL ACTION NO. 02-3655
                                       :
SALVATORE CAPONE                       :

# ORDER

      **AND NOW,** this 20th day of May, 2003, **IT IS HEREBY ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File for a period of five months, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that if the matter has not been resolved by the parties, the case be restored to the trial docket in October, 2003, and it is

      **FURTHER ORDERED** that:

      1.  A Final Pretrial Conference is scheduled for October 23, 2003 at 9:30 a.m. in Room 6614, U.S. Courthouse; and

      2.  Trial is scheduled for November 3, 2003 at 9:30 a.m. in Courtroom 6A, U.S. Courthouse.

                                                  **BY THE COURT:**

                                                  JOHN R. PADOVA,        J.

Civ. 13 (8/80)