SALVATORE CAPONE

1    Q.    Did you accompany Romeo Coscia to
2  any bank while you were in Italy?
3    A.    Yes, I did.
4    Q.    Describe to the panel what it was
5  that you did in Italy when you accompanied Romeo
6  Coscia to the bank, who was there, and what the
7  circumstances were.
8    A.    Okay. Romeo approached me. He was
9  looking to cash like some money -- I don't know
10  how much at that time -- and if I knew anybody
11  in town that would help him out. I had a lawyer
12  who is a friend of mine; that he knew somebody
13  at the bank. We went to the bank, and a
14  transaction came about. It was $100,000 in
15  cash.
16    Q.    Who had the cash?
17    A.    He did.
18    Q.    What happened with the cash, and
19  what did he get as a result of going to the bank
20  with the cash, if you know?
21    A.    He got 20 books of 20 million liras
22  each, put it in his pocket, and he left.
23              THE PANEL:  Can I get a
24        clarification of that? Is he saying