IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROMEO COSCIA** | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | |
| **SALVATORE CAPONE** | : | NO. 02-3655 (JRP) |
| Defendant. | : | |

## AFFIDAVIT

I, _____ being custodian of records at Banca Popolare dell'Irpinia, under penalty of perjury in the United States pursuant to 28 U.S.C. § 1746 declare that:

1. All of the following records were made at the time at or near the time of occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

2. All of the following records were kept in the course of regularly conducted activity; and

3. All of the following records were made in the regularly conducted activity as a regular practice.

_____
Executed on

_____
**NAME**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROMEO COSCIA** <br> Plaintiff, <br> v. <br> **SALVATORE CAPONE** <br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION <br><br> NO. 02-3655 (JRP) |

**AFFIDAVIT**

I, _____ being custodian of records at Banca di Credito Cooperativa Irpino under penalty of perjury in the United States pursuant to 28 U.S.C. § 1746 declare that:

1. All of the following records were made at the time at or near the time of occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

2. All of the following records were kept in the course of regularly conducted activity; and

3. All of the following records were made in the regularly conducted activity as a regular practice.

_____
Executed on

_____
**NAME**