**( ) inlingua**

# COMMONWEALTH OF PENNSYLVANIA

## COUNTY OF PHILADELPHIA

THIS IS TO CERTIFY THAT THE ATTACHED ITALIAN DOCUMENTS ARE A TRUE AND ACCURATE TRANSLATIONS OF THE ENGLISH DOCUMENTS LISTED BELOW:

**LETTERS ROGATORY**
**MOTION FOR ISSUANCE OF LETTERS ROGATORY**
**ARBITRATION OF R. COSCIA DATED NOVEMBER 14, 2002**
**AMENDED COMPLAINT PURSUANT FED.R.CIV.P.15(a)**
**DEFENDANT'S ANSWER TO PLANTIFF'S COMPLAINT**

TO THE BEST OF MY KNOWLEDGE AND BELIEF.

_____
**inlingua** – Intercultural Communication Solutions Group

Sworn and subscribed to before me on this Friday, June 13 2003.

_____
Notary Public

```
NOTARIAL SEAL
TAMIKA D. EVANS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 23, 2004
```

230 South Broad Street, Seventh Floor, Philadelphia, PA  Tel 215.735.7646  Fax 215.735.4188
www.inlingua.com

| One Powder Mill Square | P.O. Box 813 | P.O. Box 781 | 2030 Tilghman Street, Suite 105A |
|---|---|---|---|
| Pennyfeather Building, Suite 200-A | Haddonfield, NJ 08033 | Hunt Valley, MD 21030 | Allentown, PA 18104 |
| 3828 Kennett Pike, Greenville, DE 19807 | Tel 856.795.8085  Fax 215.735.4188 | Tel 410.329.1195  Fax 410.329.1526 | Tel 610.770.6170  Fax 610.770.6171 |
| Tel 302.656.4415  Fax 302.656.7677 | | | |

an Intercultural Communication Solutions Group offering continued excellence in Intercultural Training, Language Training, Translation, and Interpreting Services