## PRESSO LA CORTE DISTRETTUALE DEGLI STATI UNITI
## PER IL DISTRETTO ORIENTALE DELLA PENNSYLVANIA

| | | |
|---|---|---|
| **ROMEO COSCIA** | : | |
| attore, | : | |
| contro | : | CAUSA CIVILE |
| | : | |
| **SALVATORE CAPONE** | : | Nr. 02-3655 (JRP) |
| convenuto | : | |

### DECRETO

ORA, il giorno _____ del mese di _____ 2003, avendo

considerato la mozione presentata dall'attore relativa alla redazione di Commissione Rogatoria e

le comparse di risposta alla stessa, si ORDINA e si DECRETA l'ACCOGLIMENTO della

Mozione. Con il presente si redige l'allegata Commissione Rogatoria per la Banca di Credito

Cooperativo Irpina di Avellino e per la *Banca Popolare dell'Irpinia* di Avellino.

LA CORTE:

_____

JOHN R. PADOVA, U.S.D.J. [Giudice
Distrettuale degli Stati Uniti]

**PRESSO LA CORTE DISTRETTUALE DEGLI STATI UNITI
PER IL DISTRETTO ORIENTALE DELLA PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **ROMEO COSCIA** | : | |
| attore, | : | |
| contro | : | CAUSA CIVILE |
| | : | |
| **SALVATORE CAPONE** | : | Nr. 02-3655 (JRP) |
| convenuto | : | |
| | : | |

## MOZIONE PER LA REDAZIONE DI COMMISSIONE ROGATORIA

Per le ragioni espresse nell'allegato Memorandum, che si considerano incorporate per rinvio come se qui trascritte per intero, l'attore richiede a codesta Ecc.ma Corte di voler redigere Commissione Rogatoria.

Con ossequi,

**EIZEN FINEBURG & McCARTHY, P.C.**

Data: 13 giugno 2003        Firma:

Avv. GARY J. McCARTHY (ESQUIRE)
Avv. JOHN N. SALLA (ESQUIRE)
Avv. JOSEPH M. ARMSTRONG (ESQUIRE)
*Avvocati dell'attore, Romeo Coscia*

Two Commerce Square
2001 Market Street, Suite 3410
Philadelphia, PA 19103 - USA
Tel: + 1 (215) 751-9666  Fax: (215) 751-9310

**PRESSO LA CORTE DISTRETTUALE DEGLI STATI UNITI
PER IL DISTRETTO ORIENTALE DELLA PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **ROMEO COSCIA** | : | |
| attore, | : | |
| contro | : | CAUSA CIVILE |
| | : | |
| **SALVATORE CAPONE** | : | Nr. 02-3655 (JRP) |
| convenuto | : | |
| | : | |

## MEMORANDUM A SOSTEGNO DELLA MOZIONE PER LA REDAZIONE DI COMMISSIONE ROGATORIA

### I Fatti

Nel mese di febbraio 1999, il Sig. Romeo Coscia ha dato in prestito al Sig. Salvatore Capone USD 140.000. Poiché il Sig. Capone non ha restituito il prestito, il 7 giugno 2002 il Sig. Coscia ha avviato la presente causa per la restituzione dello stesso. Il Sig. Capone ha negato di aver ricevuto dal Sig. Coscia un prestito pari a USD 140.000.

Nel mese di febbraio 1999, nel conto bancario italiano di Salvatore Capone sono stati depositati USD 140.000. Successivamente, Salvatore Capone ha prelevato il denaro e lo ha utilizzato per rimborsare un prestito erogato da una banca italiana a favore di Giuseppe Capone. Vedi la Trascrizione dell'Arbitrato (di seguito denominata "AT") (Documento Probatorio B), pag. 117.

Il giorno 12 agosto 2002, il Sig. Coscia ha presentato la Prima Richiesta di Produzione di Documenti (di seguito denominata "Prima Richiesta"), nella quale il Sig. Coscia richiedeva, tra l'altro, "ogni documento relativo ai depositi di contante effettuati dal convenuto in conti bancari in Italia nel periodo compreso tra il 1 gennaio 1999 e il 31 marzo 1999" e "ogni documento relativo ai depositi di contante effettuati da parenti del convenuto in conti bancari in Italia nel

periodo compreso tra il 1 gennaio 1999 e il 31 marzo 1999". Il Sig. Capone ha negato l'esistenza

di qualsiasi documento bancario, della cui esistenza il Sig. Coscia è invece tuttora convinto.

Il giorno 14 novembre 2002 si è svolto un arbitrato nel corso del quale il Sig. Capone ha

ammesso di essersi recato presso la banca italiana con il Sig. Coscia (con USD 100.000 in

contanti).

## Richiesta di Commissione Rogatoria

Il Sig. Coscia intende acquisire documentazione bancaria da banche in Italia. Tale

documentazione verrà utilizzata nel corso del processo a sostegno della testimonianza dello

stesso Sig. Coscia nonché per fornire le prove del prestito concesso da questi al Sig. Salvatore

Capone. Vedi Documento Probatorio B. Il Sig. Coscia ha cercato invano, per il tramite dei suoi

legali, di ottenere dal Sig. Salvatore Capone l'autorizzazione ad acquisire la suddetta

documentazione bancaria.

Il Sig. Coscia chiede una Commissione Rogatoria allo scopo di ottenere dalle seguenti

banche informazioni su conti bancari ed altre informazioni relative a Salvatore Capone e

Giuseppe Capone riguardanti il mese di febbraio 1999: Banca Popolare dell'Irpinia, Filiale di

Avellino, e Banca di Credito Cooperativo Irpina di Avellino.

Nel corso dell'Udienza preliminare al processo codesta Corte ha espresso la propria

intenzione di redigere la Commissione Rogatoria richiesta.

## Norme giuridiche a sostegno della richiesta

Codesta Corte è competente, ai sensi della Sez. 28 U.S.C. [Codice degli Stati Uniti], articolo

1781, a redigere Commissione Rogatoria allo scopo di richiedere documenti esistenti in altri

paesi. Infatti, ai sensi della Sez. 28 U.S.C., articolo 1781, una Corte può redigere una richiesta di

rogatoria a favore di una delle parti, allo scopo di acquisire prove che si trovano in un altro

paese. L'articolo 1781 stabilisce quanto segue:

(a) Il Dipartimento di Stato ha l'autorità - direttamente ovvero attraverso i canali appropriati--
(1) di ricevere una rogatoria redatta, ovvero una richiesta presentata, da un tribunale estero o internazionale, di trasmetterla al tribunale, al funzionario o all'agenzia degli Stati Uniti cui la stessa è indirizzata, e di riceverla e ritrasmetterla dopo l'avvenuta esecuzione; e
(2) di ricevere una rogatoria redatta, ovvero una richiesta presentata, da un tribunale degli Stati Uniti, di trasmetterla al tribunale, al funzionario o all'agenzia esteri o internazionali cui la stessa è indirizzata, e di riceverla e ritrasmetterla dopo l'avvenuta esecuzione.


(b) Il presente articolo non preclude--
(1) la trasmissione della rogatoria o della richiesta direttamente da un tribunale estero o internazionale al tribunale, al funzionario o all'agenzia degli Stati Uniti cui la stessa è indirizzata, e il rinvio della stessa secondo le stesse modalità; ovvero
(2) la trasmissione della rogatoria o della richiesta direttamente da un tribunale degli Stati Uniti al tribunale, al funzionario o all'agenzia esteri o internazionali cui la stessa è indirizzata, e il rinvio della stessa secondo le stesse modalità.


La presente legge è conforme al Capitolo 1, Articolo 1, della Convenzione dell'Aja

sull'Assunzione all'Estero delle Prove in Materia Civile o Commerciale, la quale stabilisce, nella

parte pertinente:

L'autorità giudiziaria di uno Stato contraente può, in materia civile o commerciale, conformemente alle disposizioni della propria legislazione, chiedere a mezzo di rogatoria all'autorità competente di un altro Stato contraente, di compiere ogni atto d'istruttoria, nonché ogni altro atto giudiziario.

Ai sensi della Sez. 28 U.S.C., articolo 1781, e del Capitolo 1, Articolo 1, della Convenzione

dell'Aja, codesta Corte ha il potere di redigere un atto rogatorio indirizzato ad un Tribunale

italiano, in cui si richiede che le summenzionate banche consegnino la documentazione

necessaria al Sig. Coscia per poter perseguire le proprie rivendicazioni contro il Sig. Capone.

La Commissione Rogatoria garantisce imparzialità a tutte le parti coinvolte in dispute

nelle quali le prove da esibire non sono si trovano esclusivamente nel territorio degli Stati Uniti.

Con la redazione dell'atto rogatorio, la presente corte non soltanto assicura la predetta imparzialità, ma promuove altresì la giustizia, consentendo lo svolgimento di un processo sulla totalità del merito della causa.

## Conclusione

Per le ragioni sopra indicate, il Sig. Coscia ossequiosamente richiede che codesta Corte accolga la mozione del Sig. Coscia relativa alla commissione rogatoria e rediga l'allegata Commissione Rogatoria indirizzata alle seguenti banche:

Banca di Credito Cooperativo Irpina
Sede
Via Galileo Galilei n. 13
83030 VENTICANO (AV) – Italia

e

Banca Popolare dell'Irpinia
Sede
Collina Liquorini
83100 AVELLINO, Italia

Con ossequi,

**EIZEN FINEBURG & McCARTHY, P.C.**

Data: 13 giugno 2003          Firma: _____
                              Avv. GARY A. McCARTHY (ESQUIRE)
                              Avv. JOHN N. SABLA (ESQUIRE)
                              Avv. JOSEPH M. ARMSTRONG (ESQUIRE)
                              *Avvocati dell'attore, Romeo Coscia*

                              Two Commerce Square
                              2001 Market Street, Suite 3410
                              Philadelphia, PA 19103
                              Tel: + 1 (215) 751-9666  Fax: (215) 751-9310

**PRESSO LA CORTE DISTRETTUALE DEGLI STATI UNITI
PER IL DISTRETTO ORIENTALE DELLA PENNSYLVANIA**

| | |
|---|---|
| **ROMEO COSCIA** | : |
| attore, | : |
| contro | : |
| | : |
| **SALVATORE CAPONE** | : |
| convenuto | : |
| | : |

CAUSA CIVILE

Nr. 02-3655 (JRP)

### ATTESTAZIONE DI NOTIFICA

Il sottoscritto, Avv. Joseph M. Armstrong, attesta con la presente di aver inviato per notifica a tutti i legali rappresentanti interessati, nel giorno di seguito indicato, tramite servizio postale ordinario, copia conforme all'originale della summenzionata Mozione di Redazione di Commissione Rogatoria.

Data:  13 giugno 2003

AVV. JOSEPH M. ARMSTRONG (ESQUIRE)