**PRESSO LA CORTE DISTRETTUALE DEGLI STATI UNITI
PER IL DISTRETTO ORIENTALE DELLA PENNSYLVANIA**

| | |
|---|---|
| **ROMEO COSCIA** attore,<br>contro<br>**SALVATORE CAPONE** convenuto | CAUSA CIVILE<br><br>Nr. 02-3655 (JRP) |

**COMMISSIONE ROGATORIA**

I.   (L'atto rogatorio deve contenere le seguenti indicazioni)

1. **Richiedente**

   Hon. John R. Padova
   United States District Court for the Eastern District of Pennsylvania
   U.S. Court House
   601 Market St. Room # 6614
   Philadelphia, PA 19106-1759 - USA
   + 1 (215) 597 – 1187 Telefono
   + 1 (215) 580 – 2272 Fax

2. **Autorità Centrale dello Stato richiesto**

   Ministero Degli Affari Esteri
   Direzione Generale Emigrazione
   Ufficio IX
   00194 Roma, Italia
   + 39-06-36-91-29-36

3. **Persona alla quale trasmettere la rogatoria eseguita**

   Avv. Gary J. McCarthy (Esquire)
   Avv. John N. Salla (Esquire)
   Special Counsel
   Eizen Fineburg & McCarthy, P.C.
   Two Commerce Square, Suite 3410

2001 Market St.
Philadelphia, PA 19103 - USA
+1 (215) 751 – 9666  Telefono
+1 (215) 751 – 9310  Fax

II. (L'atto rogatorio deve contenere le seguenti indicazioni)

**4. Conformemente all'Art. 3 della Convenzione,
il sottoscritto ha l'onore di presentare
la seguente richiesta di rogatoria:**

5. a. **Autorità giudiziaria richiedente** (Articolo 3 (a))

   Hon. John R. Padova
   United States District Court for the Eastern District of Pennsylvania
   U.S. Court House
   601 Market St. Room # 6614
   Philadelphia, PA 19106-1759 - USA
   + 1 (215) 597 – 1187 Telefono
   + 1 (215) 580 – 2272 Fax


 b. **Alla competente autorità di** (Articolo 3 (a))
   Ministero Degli Affari Esteri
   Direzione Generale Emigrazione
   Ufficio IX
   00194 Roma, Italia
   + 39-06-36-91-29-36

6. **Nomi e indirizzi delle parti e dei
loro rappresentanti** (Article 3 (b))

   a. **Attore**

      Sig. Romeo Coscia
      1464 Hark-Away Road
      Chester Springs, PA  19425 - USA

      Rappresentato da:
      Avv. Gary J. McCarthy (Esquire)
      Avv. John N. Salla (Esquire)
      Special Counsel
      Eizen Fineburg & McCarthy, P.C.
      Two Commerce Square, Suite 3410
      2001 Market St.
      Philadelphia, PA 19103 - USA

+ 1 (215) 751 – 9666  Telefono
+ 1 (215) 751 – 9310  Fax

e

Avv. Luciano Trofa,
Studio Legale Trofa
Via Scandone 16/b – 83100 Avellino
Italia
+ 39 (0825) 37930 Telefono
+ 39 (0825) 37930 Fax

b. **Convenuto**

Salvatore Capone
38 Laura Lane
Pittsgrove, NJ 08318 - USA

Rappresentato da:
Avv. Francis Recchuiti (Esquire)
Studio Legale Vangrossi & Recchuiti
319 Swede St., Second Floor
Norristown, PA 19401  - USA
+ 1 (610) 279 – 4200 Telefono
+ 1 (610) 279 – 4306 Fax

**7. Natura e oggetto dell'istanza e breve resoconto dei fatti** (Articolo 3 (c))

Nel mese di febbraio 1999, il Sig. Romeo Coscia ha dato in prestito al Sig. Salvatore Capone USD 140.000. Poiché il Sig. Capone non ha restituito il prestito, il 7 giugno 2002 il Sig. Romeo Coscia ha avviato una causa per la restituzione dello stesso. La causa è stata intentata presso la Corte Distrettuale degli Stati Uniti per il Distretto Orientale della Pennsylvania, U.S.A., Causa Civile nr. 02-3655 (di seguito denominata "la causa americana"). Presiede il caso l'Ill.mo Giudice John R. Padova. Il Sig. Capone ha negato di aver ricevuto dal Sig. Coscia un prestito pari a USD 140.000. <u>Vedi</u> la Citazione in giudizio emendata e la Comparsa di risposta in allegato (Documento Probatorio A).

Il 23 ottobre 2003, alle ore 9.30, si svolgerà, presso gli uffici del Giudice Padova, l'ultima udienza preliminare della causa americana. Il processo inizierà il 3 novembre successivo alle ore 9.30 presso l'aula 6A della Corte Federale [U.S. Courthouse], 601 Market Street, Philadelphia, PA, USA.

Il Sig. Coscia cerca di acquisire documentazione bancaria da banche in Italia. Tale documentazione verrà utilizzata nel corso del processo a sostegno della testimonianza dello stesso Sig. Coscia nonché per fornire le prove del prestito concesso da questi al Sig. Salvatore Capone. Vedi Documento Probatorio B. Il Sig. Coscia ha cercato invano, per il

tramite dei suoi legali, di ottenere dal Sig. Salvatore Capone l'autorizzazione ad acquisire la suddetta documentazione bancaria.

Nel mese di febbraio 1999, nel conto bancario italiano di Salvatore Capone aperto presso la *Banca di Credito Cooperativo Irpina* di Avellino, sono stati depositati USD 140.000. Successivamente Salvatore Capone ha prelevato il denaro. Nel mese di febbraio 1999, tale denaro è stato utilizzato per rimborsare un prestito erogato da una banca italiana, la *Banca Popolare dell'Irpinia* di Avellino, a favore di Giuseppe Capone. <u>Vedi</u> la deposizione di Romeo Coscia (Documento Probatorio B), Trascrizione dell'Arbitrato, pag. 117.

Si richiedono alle seguenti banche informazioni sui conti bancari ed altre informazioni relative a Salvatore Capone e a Giuseppe Capone riguardanti il mese di febbraio 1999:

Banca di Credito Cooperativo Irpina
Sede
Via Galileo Galilei n. 13
83030 VENTICANO (AV) – Italia

Banca Popolare dell'Irpinia
Sede
Collina Liquorini
83100 AVELLINO, Italia

## 8. **Gli atti d'istruttoria o gli altri atti giudiziari da compiere** (Articolo 3 (d))

Tutte le informazioni e tutti i documenti – ivi compresi, senza eccezioni, tutti gli estratti conto, le ricevute di versamento e di prelievo, gli assegni annullati e le copie di valuta firmata - relativi ai movimenti e ai conti bancari, i cui titolari sono il Sig. Salvatore Capone o il Sig. Giuseppe Capone, relativamente al mese di febbraio 1999, da acquisire dalla ***Banca di Credito Cooperativo Irpina*, Via Galileo Galilei n. 13, 83030 VENTICANO (AV) – Italia**, con particolare riguardo ad un deposito di USD 140.000.

Tutte le informazioni e tutti i documenti relativi ai movimenti e ai conti bancari, i cui titolari sono il Sig. Salvatore Capone o il Sig. Giuseppe Capone, relativamente al mese di febbraio 1999, da acquisire dalla ***Banca Popolare dell'Irpinia*, Collina Liquorini, 83100 AVELLINO,** Italia, con particolare riguardo ad un deposito dell'ammontare compreso tra i 200 e i 400 milioni di lire.

III. (Ove occorra, l'atto deve anche contenere.)

## 9. **Il nome e l'indirizzo delle persone da interrogare** (Articolo 3 (e))

Non pertinente

10. **Domande da rivolgere alle persone da interrogare o fatti sui quali devono essere interrogate** (Articolo 3 (f))

    Non pertinente

11. **I documenti o gli altri oggetti da ispezionare** (Article 3 (g))

    Tutte le informazioni e tutti i documenti – ivi compresi, senza eccezioni, tutti gli estratti conto, le ricevute di versamento e di prelievo, gli assegni annullati e le copie di valuta firmata - relativi ai movimenti e ai conti bancari, i cui titolari sono il Sig. Salvatore Capone o il Sig. Giuseppe Capone, relativamente al mese di febbraio 1999, da acquisire dalla *Banca di Credito Cooperativo Irpina*, Via Galileo Galilei n. 13 83030 VENTICANO (AV) – Italia, con particolare riguardo ad un deposito di USD 140.000.

    Tutte le informazioni e tutti i documenti relativi ai movimenti e ai conti bancari, i cui titolari sono il Sig. Salvatore Capone o il Sig. Giuseppe Capone, relativamente al mese di febbraio 1999, da acquisire dalla *Banca Popolare dell'Irpinia*, Collina Liquorini, 83100 Avellino, Italia, con particolare riguardo ad un deposito dell'ammontare compreso tra i 200 e i 400 milioni di lire.

12. **La precisazione se la deposizione debba essere fatta sotto giuramento** (Articolo 3 (h))

    Sì.  Vedi Documento Probatorio _____ allegato.

13. **Metodi o procedure speciali da seguire** (Articoli 3 (i) and 9)

    Conformemente alle Norme Federali sugli Elementi Probatori [Federal Rules of Evidence] 902 (12) e 803 (6), il custode dei documenti deve firmare un atto in cui certifica, sotto pena di falsa testimonianza, che tali documenti (a) sono stati redatti al momento o all'incirca al momento in cui si sono svolti i fatti in questione, da parte di - ovvero sulla base di - informazioni trasmesse da una persona a conoscenza di tali fatti; (b) sono stati conservati nel corso di attività normali; e (c) sono stati redatti nel corso di attività normali, come frutto di normali procedure. <u>Vedi</u> Documento Probatorio _____ allegato.

14. **Richiesta di notifica della data e del luogo in avrà luogo il procedimento e il nome e l'indirizzo di tutte le persone cui deve darsi notifica** (Articolo 7)

    Avv. Gary J. McCarthy (Esquire)
    Avv. John N. Salla (Esquire)
    Special Counsel
    Studio Legale Eizen Fineburg & McCarthy, P.C.
    Two Commerce Square, Ste 3410
    2001 Market St.

Philadelphia, PA 19103 - USA
+ 1 (215) 751 – 9666  Telefono
+ 1 (215) 751 – 9310  Fax

e

Avv. Luciano Trofa,
Studio Legale Trofa
Via Scandone 16/b – 83100 Avellino
Italia
+ 39 (0825) 37930 Telefono
+ 39 (0825) 37930 Fax

**15. Richiesta di presenza o partecipazione di personale giudiziario dell'autorità richiedente all'esecuzione della Rogatoria** (Articolo 8)

Avv. Luciano Trofa,
Studio Legale Trofa
Via Scandone 16/b – 83100 Avellino
Italia
+ 39 (0825) 37930 Telefono
+ 39 (0825) 37930 Fax

**16. Indicazione del diritto o dell'obbligo di rifiutarsi di deporre ai sensi della legge dello Stato di origine** (Articolo 11 (b))

**17. Le spese e i costi sostenuti e rimborsabili ai sensi del secondo comma dell'Art. 14 ovvero dell'Art. 26 della Convenzione saranno a carico di**

Avv. Gary J. McCarthy (Esquire)
Avv. John N. Salla (Esquire)
Special Counsel
Studio Legale Eizen Fineburg & McCarthy, P.C.
Two Commerce Square, Suite 3410
2001 Market St.
Philadelphia, PA 19103 - USA
+ 1 (215) 751 – 9666  Telefono
+ 1 (215) 751 – 9310  Fax

IV. (L'atto rogatorio deve contenere le seguenti indicazioni)

**18. Date della rogatoria**

3 giugno 2003

19. **Firma e timbro dell'autorità richiedente**

                                                   Hon. John R. Padova
                                                   United States District Court for the
                                                 Eastern District of Pennsylvania
                                                 U.S. Court House
                                                 601 Market St. Room # 6614
                                                 Philadelphia, PA 19106-1759 - USA
                                                 + 1 (215) 597 – 1187 Telefono
                                                 + 1 (215) 580 – 2272 Fax

\\Law1\docs\MCCARTHY\CCCTrivestEnterprises, Inc\Coscia v. Capone\Letters Rogatory\letter of rogatory 6-5-03.doc