ARBITRATO R. COSCIA   DATA: 14 novembre 2002
OGGETTO: COSCIA CONTRO CAPONE

Pag. 117

D. Ha accompagnato Romeo Coscia in una banca quando era in Italia?
R. Sì.
D. Descriva al collegio arbitrale che cosa ha fatto quando, in Italia, ha accompagnato Romeo Coscia in banca, chi c'era e quali erano le circostanze.
R. D'accordo. Romeo si è rivolto a me. Stava cercando di cambiare del denaro – in quel momento non sapevo quanto – e [*mi ha chiesto*] se conoscevo qualcuno in città che potesse aiutarlo. Avevo un amico avvocato che conosceva qualcuno in banca. Siamo andati in banca ed è stata fatta un'operazione. Si trattava di USD 100.000 in contanti.
D. Chi aveva i contanti?
R. Li aveva lui.
D. Cosa è successo ai contanti e che cosa ha ricevuto lui come risultato dell'essere andato in banca con i contanti, se lei lo sa?
R. Ha ricevuto 20 libretti da 20 milioni di lire ciascuno, se li è messi in tasca e se ne è andato.

IL COLLEGIO: Posso avere un chiarimento su questo punto? Lui sta dicendo che ha ricevuto denaro italiano in cambio di denaro americano? È questo che ha detto? È difficile sentire ciò che lui dice.