**PRESSO LA CORTE DISTRETTUALE DEGLI STATI UNITI**
**PER IL DISTRETTO ORIENTALE DELLA PENNSYLVANIA**

| | | |
|---|---|---|
| **ROMEO COSCIA** | : | |
|                attore, | : | |
|     contro | : | CAUSA CIVILE |
| | : | |
| **SALVATORE CAPONE** | : | Nr. 02-3655 (JRP) |
|               convenuto | : | |
| | : | |

**DICHIARAZIONE GIURATA**

Il sottoscritto, _____, custode dei documenti presso la Banca Popolare dell'Irpinia, sotto pena di falsa testimonianza negli Stati Uniti d'America ai sensi della Sez. 28 U.S.C. [Codice degli Stati Uniti], articolo 1746, dichiara quanto segue:

1. Tutti i seguenti documenti sono stati redatti al momento o all'incirca al momento in cui si sono svolti i fatti in questione, da parte di - ovvero sulla base di - informazioni trasmesse da una persona a conoscenza di tali fatti;

2. Tutti i seguenti documenti sono stati conservati nel corso di attività normali;

e

3. Tutti i seguenti documenti sono stati redatti nel corso di attività normali, come frutto di normali procedure.

_____
Data

                                                _____
                                                **NOME**

**PRESSO LA CORTE DISTRETTUALE DEGLI STATI UNITI
PER IL DISTRETTO ORIENTALE DELLA PENNSYLVANIA**

| | |
|---|---|
| **ROMEO COSCIA** attore, contro | |
| **SALVATORE CAPONE** convenuto | CAUSA CIVILE<br><br>Nr. 02-3655 (JRP) |

**DICHIARAZIONE GIURATA**

Il sottoscritto, _____, custode dei documenti presso la Banca di Credito Cooperativo Irpina, sotto pena di falsa testimonianza negli Stati Uniti d'America ai sensi della Sez. 28 U.S.C., articolo 1746, dichiara quanto segue:

1. Tutti i seguenti documenti sono stati redatti al momento o all'incirca al momento in cui si sono svolti i fatti in questione, da parte di - ovvero sulla base di - informazioni trasmesse da una persona a conoscenza di tali fatti;

2. Tutti i seguenti documenti sono stati conservati nel corso di attività normali;

   e

3. Tutti i seguenti documenti sono stati redatti nel corso di attività normali, come frutto di normali procedure.

_____
Data

_____
**NOME**