IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROMEO COSCIA | : | CIVIL ACTION |
| v. | : | |
| SALVATORE CAPONE | : | NO. 02-3655 |

**O R D E R**

**AND NOW**, this 19th day of June, 2003, upon consideration of Defendant's Response to Plaintiff's Motion for Issuance of Letters Rogatory, and all related submissions, **IT IS HEREBY ORDERED** that the parties shall confer with one another and submit to the Court a proposed Letters Rogatory with language acceptable to both parties on or before June 24, 2003. If the parties cannot come to an agreement on the language of the Letters Rogatory, they shall notify the Court of this fact immediately, and not later than June 24, 2003.

BY THE COURT:

_____
John R. Padova, J.