IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROMEO COSCIA                        :
                                    :
        vs.                         :        CIVIL ACTION NO. 02-3655
                                    :
SALVATORE CAPONE                    :

## ORDER

**AND NOW**, this 27 day of October, 2003, **IT IS HEREBY ORDERED** that this action shall remain in civil suspense for an additional sixty (60) days. A telephone status conference is scheduled for January 6, 2004 at 9:30 a.m. Plaintiff's counsel shall initiate the call.

**BY THE COURT:**

_____
JOHN R. PADOVA,          J.