```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ROMEO COSCIA                         :         CIVIL ACTION
                                     :
           v.                        :
                                     :
SALVATORE CAPONE                     :         NO.  02-3655

                           O R D E R

       AND NOW, this 27th day of February, 2004, it is ORDERED that a

       [ ] preliminary pretrial conference
       [ ] final pretrial conference
       [x] status conference

in the above-captioned case will be held on March 10, 2004 at 9:30 a.m. before the **Honorable John R. Padova.** This conference will be held

       [ ] in chambers, Room 6614
       [x] by telephone*
          *Counsel for the plaintiff will be responsible for contacting all parties, at which time you may contact Judge Padova's chambers at 215/597-1178.

       If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date. Another attorney in such trial counsel's office, who should be as familiar as is feasible with the case, have authority from the client, and an evaluation of the case for settlement purposes, should appear at the conference.

       Failure to comply with this directive may result in the imposition of sanctions. The conference will be continued to another date only under exceptional circumstances.

ATTEST:                                   or    BY THE COURT:


BY: _____                      _____
    Gerrie M. Keane                             JOHN R. PADOVA,       J.
    Deputy Clerk

cc:    Joseph M. Armstrong
       Francis Recchuiti
       John N. Salla