IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROMEO COSCIA                    :
                                :
        vs.                     :        CIVIL ACTION NO. 02-3655
                                :
SALVATORE CAPONE                :

## ORDER

**AND NOW**, this 2nd day of April, 2004, **IT IS HEREBY ORDERED** that:

1. This matter shall be removed from civil suspense and returned to the active docket; and

2. A jury trial is scheduled to begin on June 21, 2004 at 9:30 a.m. in Courtroom 6A.

**BY THE COURT:**

_____
JOHN R. PADOVA,        J.