IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROMEO COSCIA                         :
                                     :
        vs.                          :        CIVIL ACTION NO. 02-3655
                                     :
SALVATORE CAPONE                     :

## ORDER

**AND NOW**, this 19th day of May, 2004, upon consideration of the parties' letter consent to proceed before a Magistrate Judge and in accordance with the provisions of 28 U.S.C. 636(c) and Local Rule of Civil Procedure 72.1(I)(h),

**IT IS HEREBY ORDERED** that this matter shall be referred to Magistrate Judge Charles B. Smith who shall conduct any and all further proceedings in the case, including and not limited to the trial of the case and entry of final judgment.

**BY THE COURT:**

_____
JOHN R. PADOVA,         J.