IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ROMEO COSCIA                  :      NO. 2:02-cv-3655
          Plaintiff           :
                              :
     VS.                      :
                              :
SALVATORE CAPONE,             :
          Defendant           :
```

O R D E R

AND NOW, this 26th day of May, 2004, upon agreement of counsel, it is hereby ORDERED that trial in the above-captioned case is scheduled before the undersigned for Tuesday, August 17, 2004, at 10:00 a.m. in Courtroom 3D.

It is FURTHER ORDERED that Pretrial Memoranda and Proposed Findings of Fact and Conclusions of Law shall be submitted to the court by August 10, 2004.

It is so ORDERED.

BY THE COURT:

_____
CHARLES B. SMITH
UNITED STATES MAGISTRATE JUDGE

5/26/04 Copy via fax to:
John N. Salla, Jr., Esquire (215-751-9310)
Francis Recchuiti, Esquire (610-279-4306)