IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROMEO COSCIA | : | NO. 2:02-cv-3655 |
|     Plaintiff | : | |
| | : | |
|   VS. | : | |
| | : | |
| SALVATORE CAPONE, | : | |
|     Defendant | : | |

<u>O R D E R</u>

AND NOW, this 5th day of August, 2004, it is hereby ORDERED that trial in the above-captioned case is RESCHEDULED before the undersigned for Wednesday, September 29, 2004, at 10:00 a.m. in Courtroom 3D.

It is FURTHER ORDERED that Pretrial Memoranda and Proposed Findings of Fact and Conclusions of Law shall be submitted to the court by September 22, 2004.

It is so ORDERED.

                                              BY THE COURT:

                                      _____
                                          CHARLES B. SMITH
                            UNITED STATES MAGISTRATE JUDGE

8/5/04 Copy via fax to:
John N. Salla, Jr., Esquire (215-751-9310)
Francis Recchuiti, Esquire (610-279-4306)