IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROMEO COSCIA** : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION |
| : | |
| **SALVATORE CAPONE** : | NO. 02-3655 (JRP) |
| Defendant. : | |

### PLAINTIFF'S MOTION TO DISMISS PURSUANT TO RULE 41

1. On October 23, 2003, Judge Padova of this Court issued Letters Rogatory to the Ministers of Justice and Foreign Affairs in Italy seeking documents Plaintiff requires for trial.

2. To date, the Ministers of Justice and Foreign Affairs in Italy have not responded to these Letters Rogatory, and accordingly, Plaintiff cannot proceed to trial.

WHEREFORE, Plaintiff respectfully requests that this Court dismiss this case without prejudice pursuant to Rule 41.

Respectfully submitted,

**EIZEN FINEBURG & McCARTHY, P.C.**

Date: September 29, 2004        By: _____
GARY J. McCARTHY, ESQUIRE
JOHN N. SALLA, ESQUIRE
JOSEPH M. ARMSTRONG, ESQUIRE
*Attorneys for Plaintiff, Romeo Coscia*

Two Commerce Square
2001 Market Street, Suite 3410
Philadelphia, PA 19103
Tel: (215) 751-9666  Fax: (215) 751-9310

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROMEO COSCIA** : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION |
| : | |
| **SALVATORE CAPONE** : | NO. 02-3655 (JRP) |
| Defendant. : | |

### ORDER

AND NOW, this _____ day of _____, 2004, it is hereby

ORDERED that Plaintiff's Motion to Dismiss Pursuant to Rule 41 is GRANTED. The above

matter is DISMISSED WITHOUT PREJUDICE.

BY THE COURT:

_____, J

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROMEO COSCIA** | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | |
| **SALVATORE CAPONE** | : | NO. 02-3655 (JRP) |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

I, Joseph M. Armstrong, Esquire, hereby certify that on the date set forth below, I served on defense counsel via Facsimile and First Class Mail a true and correct copy of the foregoing Plaintiff's Motion to Dismiss Pursuant to Rule 41.

Date: September 29, 2004

_____
Joseph M. Armstrong, Esquire