IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
ROMEO COSCIA,                      :        NO. 2:02-cv-3655
                    Plaintiff     :
                                  :
            VS.                   :
                                  :
SALVATORE CAPONE,                 :
                    Defendant     :
```

--------------------------------------------------------------------------

Mark Ciamaichelo
Frank Hauser                          Jennifer Hart, Esquire
ESR                                   Law Clerk

None Present                          Francis Recchuiti, Esquire
Counsel for Plaintiff                 Counsel for Defendant

--------------------------------------------------------------------------

### MINUTES

```
BEFORE:    HONORABLE CHARLES B. SMITH      Date: September 29, 2004
           UNITED STATES MAGISTRATE JUDGE  Time: 10:50 a.m.
```

NON-JURY TRIAL
Proceeding

--------------------------------------------------------------------------

Plaintiff's counsel failed to appear

Opening statement by defendant's counsel

Witness:   Salvatore Capone, sworn and testified

Defendant moves to dismiss with prejudice

Rule 11 motion by defense counsel

The court instructed defense counsel to submit Rule 11 motion in writing.

Judgment entered in favor of defendant, Salvatore Capone, and against plaintiff, Romeo Coscia.

Court adjourned at 11:05 a.m.        To reconvene _____

**IN CRIMINAL PROCEEDINGS, EXCLUDABLE DELAY CODES MUST BE INSERTED BELOW IF APPLICABLE, WITH THE EXPLICIT REASON FOR SUCH DELAY STATED HEREON.**
**SPEEDY TRIAL ACT DELAY CODE (  )**
**The Court deems this case "UNTRIABLE" [  ]**
**Civ. 16 (8/80)**

**Time in Court: 15 minutes**